# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| RODNEY C. HAMRICK,<br><br>      Plaintiff,<br><br>v.<br><br>MAUREEN P. BAIRD, *in her individual capacity*,<br>      Defendant. | Case No. 3:16-cv-00967-JPG-DGW |

## **MEMORANDUM & ORDER**

**J. PHIL GILBERT, DISTRICT JUDGE**

This matter comes before the Court on the plaintiff's Motion to Dismiss (Doc. 66) pursuant to Federal Rule of Civil Procedure 41(a)(2). Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment. The defendant, however, has responded that she has no objection to the motion to dismiss. (Doc. 67.) Accordingly, the Court **GRANTS** the plaintiff's motion to dismiss (Doc. 66), **DISMISSES** this action without prejudice, and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED: November 15, 2017**

                                                                               **s/ *J. Phil Gilbert***
                                                                               **J. PHIL GILBERT**
                                                                               **DISTRICT JUDGE**