# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

RODNEY C. HAMRICK,

    Plaintiff,

v.

MAUREEN P. BAIRD, *in her individual capacity*,

    Defendant.

Case No. 3:16-cv-00967-JPG-DGW

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this matter is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2).

DATED: November 15, 2017

    **JUSTINE FLANAGAN,**
    **Acting Clerk of Court**

    BY: s/Tina Gray
        **Deputy Clerk**

**Approved:**
*s/ J. Phil Gilbert*
**J. Phil Gilbert**
**U.S. District Judge**